expenses by reason of such accident. The accident and injury of which the plaintiffs complain happened to the wife while she was dining in the Burnham restaurant, located at Broadway, corner of Ninety-sixth street, in the city of New York, July 10, 1920, at about half-past five o'clock in the afternoon, by the falling of a piece of plaster from the ceiling, striking her upon the head and causing the injuries complained of.

*D-Cady Herrick* and *Julius Blumoffe* for appellants.

*L. Horatio Biglow, Jr.,* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MORRIS I. HALPERIN, Respondent, *v.* McCRORY STORES CORPORATION, Appellant.

*Landlord and tenant — lease — action by tenant to enjoin landlord from cutting off heat and elevator service at night.*

*Halperin* v. *McCrory Stores Corpn.*, 207 App. Div. 448, affirmed.

(Submitted October 9, 1924; decided October 24, 1924.)

APPEAL from a judgment, entered March 7, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to enjoin the defendant (landlord) from cutting off the heat and elevator service during the night time in certain premises occupied by plaintiff as tenant, under certain leases, the construction of which presented the question at issue.

*John F. Collins* and *Harry S. Bandler* for appellant.

*Albert Conway* for respondent.

Judgment affirmed, with costs, on opinion of JAYCOX, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.